IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIANKHA FRANCESCA ARANCON CINCO,<br><br>  Plaintiff,<br><br>  v.<br><br><br>  Defendant.<br>_____/ | No. C 07-80076 WHA<br><br>**REQUEST FOR RESPONSE** |

    The Court is in receipt of what appears to be a request for a federal court order regarding plaintiff's change of gender. Plaintiff submitted a number of documents as attachments to her request. From what can be ascertained, it appears that plaintiff changed her gender from male to female. This was recognized by an official order of the Superior Court for the County of San Francisco on January 23, 2007. It also appears that plaintiff has an N-400 application for naturalization pending with the Department of Homeland Security, U.S. Citizenship and Immigration Services. The Department, however, has refused to examine plaintiff's application until it receives a "Court Document (Order for Change of Gender)." The letter from the Department indicates that "[t]he court document **MUST** be from a **Federal Court**." Plaintiff has been required to produce this documentation by April 7, 2007.

    The Clerk must serve this order and a copy the documentation submitted by plaintiff on the United States Attorney's Office. By **NOON** on **MARCH 20, 2007**, government counsel must

submit a statement indicating whether the summary above is accurate. Government counsel should also indicate the appropriate steps plaintiff must take to procure such an order and what the Court's role should be in this matter. Any other relevant information would be helpful. The Court will thereafter determine whether a hearing will be necessary.

**IT IS SO ORDERED.**

Dated: March 16, 2007.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2